**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONGAB CORPORATION, a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>URBAN OUTFITTERS, INC., a Pennsylvania corporation; 4.COLLECTIVE, LLC, a New York limited liability company; SALT & PEPPER CLOTHING, INC., a California corporation; WESTON WEAR, INC., a California corporation; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.  CV 17-5996 FMO (PLAx)<br><br>**ORDER RE: STIPULATION [30] TO SEVER CLAIMS AND TRANSFER VENUE UNDER 28 U.S.C. § 1404** |

　　　Having reviewed the Stipulation to Sever Claims and Transfer Venue under 18 U.S.C. § 1404[1] (Dkt. 30, "Stipulation") entered into by Plaintiff Wongab Corporation and Defendants 4.Collective, LLC and Urban Outfitters, Inc., with the consent of Salt & Pepper Clothing, Inc., the court concludes as follows.

　　　IT IS HEREBY ORDERED that, in the interest of justice and for the convenience of parties and witnesses, the claims against 4.Collective, LLC and Urban Outfitters, Inc.

---

[1]　The parties cite to 18 U.S.C. § 1404, but the court construes this request as one under 28 U.S.C. § 1404.

-1-

ORDER RE: STIPULATION TO SEVER CLAIMS AND TRANSFER VENUE

related to "PCM-2299-D165" and "Accused Product A" shall be severed and transferred to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2017.

_____/s/_____
Honorable Fernando M. Olguin
United States District Judge