Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222



**MEMO ENDORSED**

November 21, 2019

> **Application GRANTED.** The December 12 ICMC is adjourned to January 16, 2020 at 11:00 a.m. Parties' Rule 26(f) Report & Proposed Case Management Plan due January 9, 2020. Any future extension request must detail what steps have been taken to serve Dongbutex.
> **SO ORDERED.**
>
> _____
> Ona T. Wang                    11/22/19

**DELIVERED VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Case Title:   *Wongab Corporation v. Urban Outfitters, Inc.; et al.*
              1:19-cv-01660-ALC-OTW
Re:           Request for Adjournment

Your Honor:

As you know, our office represents Plaintiff Wongab Corporation in the above-referenced case. We respectfully request a one-month adjournment of the upcoming Rule 26(f) Conference scheduled for Thursday, December 12, 2019 at 11:00 a.m. and a corresponding one-month extension of the due date of the parties' Rule 26(f) Report and Proposed Case Management Plan currently due by December 5, 2019.

Plaintiff makes this request due to a scheduling conflict. Additionally, service under the Hague Convention has not yet been effectuated on the fourth-party defendants, Dongbutex and Jong-Hee Kim d/b/a Dongbutex ("Dongbutex"), the Korean manufacturer of the fabric that is in dispute in this action. Plaintiff has conferred with Charles Yoon, counsel for Toposilks Co., Ltd. ("Toposilks"), and with Gordon Troy, counsel for third-party plaintiffs 4.Collective, LLC and TIBI, LLC ("Third-Party Plaintiffs"), and all counsel consent to this extension request.

This is the first request made by Wongab Corporation, although this is the third request of this kind after Your Honor granted Toposilks' request for an extension on November 1, 2019 and the Third-Party Plaintiffs' request for an extension on September 13, 2019. (*See* Dkts. #47 & #49.) We thank Your Honor for your consideration of this request.

Respectfully submitted,

By:   */s/ Scott Alan Burroughs*
      Scott Alan Burroughs
      DONIGER / BURROUGHS
      For the Plaintiff

*SAB/lmz*