**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
:
WONGAB CORPORATION,
:
:
                            Plaintiff,     :        No. 19-CV-1660 (ALC) (OTW)
:
            -against-     :        **ORDER**
:
URBAN OUTFITTERS INC., et al.,
:
:
                           Defendants.
:
:
----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is receipt of the parties' letters responding to the Court's December 14, 2020 Order to Show Cause (ECF 98). (ECF 99-101).

Parties in this action agree that Plaintiff Wongab Corporation ("Wongab") is not a corporation but an individual, Yong-Uk Lee, doing business as Wongab Corporation. (ECF 99, 101). Accordingly, **the Clerk of Court is directed to substitute Wongab with Yong-Uk Lee d/b/a Wongab Corporation and amend the case caption**.

It is FURTHER ORDERED that all documents produced by Plaintiff with an AEO designation shall have the AEO designation lifted and replaced with a CONFIDENTIAL designation. The parties follow the appropriate Individual Practices when seeking to seal a document.

**SO ORDERED.**

Dated: January 5, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge