

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

April 8, 2021

**DELIVERED VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/9/2021__

        Case Title:       *Yong-Uk Lee v. Urban Outfitters, Inc.; et al.*
                                1:19-cv-01660-ALC-OTW
        Re:                  **Request for Dismissal Extension**

Your Honor:

       As you know, our office represents Plaintiff Yong-Uk Lee d/b/a Wongab Corporation in the above-referenced case. We write, with consent of Defendant Anthropologie, Inc., Defendants/Third-Party Plaintiffs 4.Collective, LLC and Tibi, LLC, and Fourth-Party Defendants Dongbutex and Jong-Hee Kim d/b/a Dongbutex, to respectfully request an extension of the deadline for dismissal, which is currently set for Friday, April 9, 2021.[a] This is the first request for an extension of the deadline for dismissal. The reason for this request is that the parties are still finalizing the terms of the settlement agreement. Plaintiff respectfully requests an additional 30 days to allow time for the parties to reach and finalize an agreement and discharge their obligations under the agreement.

       We thank Your Honor for your time and consideration of this request.

                                                    Respectfully submitted,

                                 By:  */s/ Scott Alan Burroughs*
                                       Scott Alan Burroughs
                                       DONIGER / BURROUGHS
                                       For the Plaintiff

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 9, 2021

---

[a] Third-Party Defendant/Fourth-Party Plaintiff Toposilks Co., Ltd. has not yet advised Plaintiff whether it consents to this request, which Plaintiff submitted this afternoon.

1