

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

```
MEMO ENDORSED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/2021
```

May 6, 2021

**DELIVERED VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Case Title:    *Yong-Uk Lee v. Urban Outfitters, Inc.; et al.*
                              1:19-cv-01660-ALC-OTW
        Re:            Request for Dismissal Extension

Your Honor:

     As you know, our office represents Plaintiff Yong-Uk Lee d/b/a Wongab Corporation in the above-referenced case. We write, with consent of Defendant Anthropologie, Inc., Defendants/Third-Party Plaintiffs 4.Collective, LLC and Tibi, LLC, Third-Party Defendant/Fourth-Party Plaintiff Toposilks Co., Ltd., and Fourth-Party Defendants Dongbutex and Jong-Hee Kim d/b/a Dongbutex, to respectfully request an extension of the deadline for dismissal, which is currently set for Friday, May 7, 2021. This is the second request for an extension of the deadline for dismissal, the first of which was granted on April 9, 2021. (Dkt. #110.) The reason for this request is that although the parties have finalized the settlement agreement, the parties need additional time to discharge certain obligations under the agreement. Plaintiff respectfully requests an additional 30 days to allow time for this.

     We thank Your Honor for your time and consideration of this request.

                                           Respectfully submitted,

                           By:   */s/ Scott Alan Burroughs*
                                   Scott Alan Burroughs
                                   Laura M. Zaharia
                                   DONIGER / BURROUGHS
                                   For the Plaintiff

SO ORDERED: */s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 5/7/2021

1